1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JONATHAN SCHMIDT (CABN 230646)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: schmidtjonathand@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,            )   No. CR 09-00895 EJD
                                        )
15      Plaintiff,                      )
                                        )   STIPULATION AND [PROPOSED] ORDER
16      v.                              )   CONTINUING HEARING DATE
                                        )
17 DAVID ARTHUR NILSEN,                 )
                                        )
18      Defendant.                      )
                                        )
19                                      )

20      This case is set for a dispositional hearing on October 11, 2011, and a pre-trial
21 conference on October 24, 2011.  The parties have reached a plea agreement in principle and are
22 working out the details.  The parties anticipated having the details worked-out by October 11,
23 2011.  Because of the complexity of the case the parties need a few more weeks to work out
24 these details.
25      Accordingly the parties request that the Court vacate the October 11, 2011,  hearing and set
26 October 24, 2011 for a change of plea.  The parties also stipulate that failure to grant this
27 continuance would deny the parties reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The parties request that the period from October 11,

Stip & Proposed Continuing Hearing Date
CR 09-00895 EJD

2011, and October 24, 2011,, be excluded in computing the time within which the trial must commence, pursuant to U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED

Dated: Oct. 6, 2011     MELINDA HAAG
                        United States Attorney


                        _____S/_____
                        JONATHAN SCHMIDT
                        Assistant United States Attorney


Dated Oct. 6, 2011      _____S/_____
                        LEO PATRICK CUNNINGHAM
                        Attorney for Defendant

## [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the October 11, 2011, hearing is vacated and the October 24, 2011, hearing date is set for a change of pleas. The period from October 11, 2011 and October 24, 2011 be excluded in computing the time within which an the trial must commence, pursuant to U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**

Dated: October 7, 2011

EDWARD J. DAVILA
United States District Judge